NUMBER
13-02-595-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

            IN THE INTEREST OF R.M.R., ET AL., MINOR CHILDREN

____________________________________________________________________

 

                        On
appeal from the 343rd  District Court

                               of San Patricio County, Texas.

____________________________________________________________________

 

                          MEMORANDUM
OPINION

 

                   Before
Justices Rodriguez, Castillo, and Kennedy[1]

Opinion
Per Curiam

 

Appellant perfected an appeal from a judgment entered by the 343rd District Court of San Patricio County, Texas,
in cause number S-01-6023-FL-C. 
After the clerk=s record was filed,
appellant filed a motion to dismiss the appeal. 
In the motion, appellant requests that this Court dismiss the appeal.








The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

 

Opinion delivered and
filed this

the 9th
day of January, 2003.  

 











[1]Retired
Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme
Court of Texas pursuant to Tex. Gov=t Code
Ann. ' 74.003 (Vernon 1998).